# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

STEPHANIE M. ALDRIDGE,

        Plaintiff,

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

CASE NO. 3:18-cv-00067-GFVT-EBA

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Stephanie Aldridge, and Defendant, The Prudential Insurance Company of America, by and through their respective undersigned attorneys, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses, and attorneys' fees.

**DATED:  December 19, 2019**

| | |
|---|---|
| *s/ C. Ed Massey* (with permission) | *s/ Jennifer E. Burgess* |
| Charles Ed Massey | Jennifer E. Burgess |
| Blankenship Massey & Associates, PLLC | Seyfarth Shaw LLP |
| 504 Erlanger Road | 233 S. Wacker Dr. Ste. 8000 |
| Erlanger, KY 41018 | Chicago, IL 60606 |
| Phone: 859-426-9000 | Phone: (312) 460-5000 |
| Fax: 859-426-9001 | Fax: (312) 460-7000 |
| *Counsel for Plaintiff* | Email: jeburgess@seyfarth.com |
| | |
| | Buddy J. VanCleave |
| | buddy.vancleave@qpwblaw.com |
| | Phillip Lynn Monhollen |
| | Phillip.monhollen@qpwblaw.com |
| | Quintairos, Prieto, Wood, & Boyer |
| | 9300 Shelbyville Rd., Ste. 400 |
| | Louisville, KY 40222 |
| | Phone: 502-423-6390 |

60056294v.1

Fax: 502-423-6391
ppainter@qpwblaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing **JOINT STIPULATION OF DISMISSAL** was filed with the Clerk of the Court via the Court's CM/ECF system, which will serve a true and correct copy of the same on the following counsel of record on this 19th day of December, 2019:

Charles Edward Massey
Blankenship Massey & Associates, PLLC
504 Erlanger Road
Erlanger, KY 41018

*/s/ Jennifer E. Burgess*

60056294v.1