UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| STEPHANIE M. ALDRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:18-cv-00067-GFVT-EBA |
| | ) | |
| V. | ) | |
| | ) | |
| THE PRUDENTIAL INSURANCE | ) | **ORDER** |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | | |

*** *** *** ***

This matter is before the Court on the parties' Joint Stipulation of Dismissal. [R. 22.] The parties being in agreement, and the Court being sufficiently advised, it is hereby **ORDERED** that all claims in this matter shall be, and hereby are, **DISMISSED WITH PREJUDICE** and this matter be **STRICKEN** from the Court's active docket, with each party to pay their own costs and fees.

This the 20th day of December, 2019.

Gregory F. Van Tatenhove
United States District Judge